PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO.   **21-32  SECT. B MAG. 4**

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: TIQUAN EVERSON
Address: State custody - Orleans Parish

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA   EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ashley Guidry
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Maurice Landrieu, Elizabeth Privitera

☐ Interpreter Required  Dialect: _____

Birth Date: 1995
☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-2884

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
TFO Guy Swalm

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☑ Currently in State Custody
   ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 5   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 924(O) | Conspiracy to Use and Carry Firearms During and in Relation to a Crime of Violence and a Drug Trafficking Crime | 1 |
| 4 | 18 U.S.C. §§ 1951, and 2 | Attempt to Commit Hobbs Act Robbery | 2 |
| 4 | 18 U.S.C. §§ 924(c)(1)(A) and 2 | Use, Carry, Brandish and Discharge of Firearms in Furtherance of a Crime of Violence and Drug Trafficking Crime | 3 |
| 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), 21 U.S.C. § 846 | Conspiracy to Possess with the intent to Distribute a Controlled Dangerous Substance | 4 |
| 4 | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 5 |